IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 FEB 24 PM 2:29

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| TRUSTEES OF THE COLUMBUS SHEET METAL WORKERS APPRENTICESHIP<br>3031 LAMB AVENUE<br>COLUMBUS, OHIO 43219 | :<br>:<br>:<br>: CASE NO. |
| AND | :<br>: 2:16CV0173 |
| TRUSTEES OF SHEET METAL WORKERS LOCAL 98 PENSION FUND<br>3150 US ROUTE 60<br>ONA, WEST VIRGINIA 25545-9507 | :<br>:<br>: |
| AND | : JUDGE  Judge Marbley |
| TRUSTEES OF SHEET METAL WORKERS LOCAL 98 WELFARE FUND<br>3150 US ROUTE 60<br>ONA, WEST VIRGINIA 25545-9507 | :<br>:<br>:<br>: |
| AND | : MAGISTRATE JUDGE  Jolson |
| TRUSTEES OF SHEET METAL WORKERS LOCAL NO. 24 RETIREMENT SAVINGS PLAN<br>3150 US ROUTE 60<br>ONA, WEST VIRGINIA 25545-9507 | :<br>:<br>:<br>: |
| PLAINTIFFS, | : |
| V. | : |
| R&C CONSTRUCTION SERVICES CO. LLC<br>C/O CHERYL L. MOORE<br>2220 STATE ROUTE 3<br>CATLETTSBURG, KY 41129 | :<br>:<br>: **COMPLAINT** |
| AND | : **(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT AND** |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>C/O TMNA SERVICES LLC<br>3 BALA PLAZA EAST, SUITE 400<br>BALA CYNWYD, PENNSYLVANIA 19004-3400 | : **TO RECOVER ON A SURETY BOND THE CONTRIBUTIONS, INTEREST**<br>: **AND DAMAGES DUE TO**<br>: **PLAINTIFFS)** |

## PARTIES

1. Plaintiffs are the Trustees of the Columbus Sheet Metal Workers Apprenticeship, Trustees of the Sheet Metal Workers Local 98 Pension Fund, Trustees of the Sheet Metal Workers Local 98 Welfare Fund and Trustees of the Sheet Metal Workers Local No. 24 Retirement Savings Plan (hereinafter SMW Funds"), employee benefit plans as that term is defined in the Employee Retirement Income Security Act of 1974, (hereinafter "ERISA"), 29 U.S.C. § 1002(3) and multiemployer plans as that term is defined in ERISA, 29 U.S.C. § 1002(37).

2. Defendant R&C Construction Services Co. LLC (hereinafter "R&C Construction") is a for profit corporation registered in the State of Kentucky. Defendant transacts business as a contractor or subcontractor in the sheet metal industry and at all times herein was an "employer in an industry affecting commerce" as defined in the Labor-Management Relations Act, 1947, 29 U.S.C. Sections 142(1), (3) and 152(2); ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12), (14); the Multi-Employer Pension Plan Amendments of 1980, 29 U.S.C. § 1001(a).

3. Defendant Philadelphia Indemnity Insurance Company is a corporation duly organized and existing under the laws of Pennsylvania and is duly authorized to act as surety on performance bonds in Ohio.

## JURISDICTION

4. This Court has jurisdiction under Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145, and under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185(a).

5. This is an action for breach of a Collective Bargaining Agreement and a successor Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce and an action to collect contributions, interest and

liquidated damages due to employee benefit plans under the terms of the Collective Bargaining Agreement and the successor Collective Bargaining Agreement.

## FIRST CLAIM

6. Defendant R&C Construction entered into a Collective Bargaining Agreement with Sheet Metal Workers Local Union No. 24 (n/k/a International Association of Sheet Metal, Air, Rail, and Transportation Workers Local Union No. 24 (Columbus Area), a labor organization as defined in the Labor-Management Relations Act, 1947, 29 U.S.C. § 152(5), (hereinafter "the Union"), effective June 1, 2012 through May 31, 2015. The Collective Bargaining Agreement obligated Defendant R&C Construction to report and pay contributions to the Plaintiffs pursuant to the terms of the collective bargaining agreement. The collective bargaining agreement states that reports and contributions are due and payable on the 20th day of the month following the month in which the hours are worked.

7. The Collective Bargaining Agreement provides:

"If an Employer fails to pay any contributions due, the Employer shall be liable for:
1) the unpaid contributions:
2) interest on unpaid contributions;
3) an amount equal to the greater of:
    a) interest on the unpaid contributions,
    b) liquidated damages in the amount of 20% of the unpaid contributions;
4) reasonable attorney's fees and costs of any legal action brought against the Employer to collect contributions or other amounts due hereunder or to enforce the payment of such contributions or other amounts to be paid hereunder;
5) punitive damages in the event of persistent or willful failure or refusal to timely pay contributions required hereunder.

The Trustees or Union are authorized to seek against every delinquent Employer all legal or equitable relief, which may be appropriate.

Interest on unpaid contributions shall be at the rate of Twenty Percent (20%) per annum or the rate prescribed under Section 6621 of the Internal Revenue Code of 1954, whichever is greater, and all interest shall be compounded daily."

8. Defendant R&C Construction entered into a successor Collective Bargaining Agreement with the Union effective June 1, 2015 through May 31, 2018.  The Collective Bargaining Agreement obligated Defendant R&C Construction to report and pay contributions to the Plaintiffs pursuant to the terms of the collective bargaining agreement.  The collective bargaining agreement states that reports and contributions are due and payable on the 20th day of the month following the month in which the hours are worked.

9. The successor Collective Bargaining Agreement provides:

"If an Employer fails to pay any contributions due, the Employer shall be liable for:
   1) the unpaid contributions:
   2) interest on unpaid contributions;
   3) liquidated damages up to 20% of the unpaid contributions.
   4) reasonable attorney's fees and costs of any legal action brought against the Employer to collect contributions or other amounts due hereunder or to enforce the payment of such contributions or other amounts to be paid hereunder;
   5) punitive damages in the event of persistent or willful failure or refusal to timely pay contributions required hereunder.

The Trustees or Union are authorized to seek against every delinquent Employer all legal or equitable relief, which may be appropriate.

Interest on unpaid contributions shall be at the rate of Twenty Percent (20%) per annum or the rate prescribed under Section 6621 of the Internal Revenue Code of 1954, whichever is greater, and all interest shall be compounded daily."

10. The contribution report and payment of contributions were received by the Plaintiffs on July 13, 2015 for hours worked during May 2015.

11. Defendant R&C Construction in breach and violation of the successor Collective Bargaining Agreement, and in violation of Section 515 of ERISA, 29 U.S.C. § 1145, has failed and refused to file contribution reports and pay contributions for the months of June 2015, July 2015, August 2015 and September 2015 which contributions were due July 20, August 20, September 20 and October 20, 2015, respectively.

12. Plaintiffs have performed all conditions on their part to be performed. Unless this Court orders Defendant R&C Construction to file its contributions reports for the months of June 2015, July 2015, August 2015 and September 2015 and pay it delinquent contributions for the months of June 2015, July 2015, August 2015 and September 2015 Defendant R&C Construction will continue to refuse to file said reports and pay said contributions, resulting in irreparable harm to the Plaintiffs. Defendant R&C Construction has persistently and willfully failed and refused to timely file reports and pay contributions.

## SECOND CLAIM

13. Plaintiffs re-allege and incorporate all of the allegations of paragraphs 1 through 12, above.

14. Defendant R&C Construction's contribution payment history is as follows:

| Work Month Ending | Contribution Due Date | Date Contributions Received |
|---|---|---|
| 11-30-2012 | 12-20-2012 | 02-15-2013 |
| 12-31-2012 | 01-20-2013 | 03-13-2013 |
| 01-31-2013 | 02-20-2013 | 03-13-2013 |
| 02-28-2013 | 03-20-2013 | 04-24-2013 |
| 03-31-2013 | 04-20-2013 | 05-24-2013 |
| 04-30-2013 | 05-20-2013 | 05-24-2013 |
| 05-31-2013 | 06-20-2013 | 07-15-2013 |
| 06-30-2013 | 07-20-2013 | 08-12-2013 |
| 07-31-2013 | 08-20-2013 | 09-11-2013 |
| 08-31-2013 | 09-20-2013 | 10-29-2013 |
| 09-30-2013 | 10-20-2013 | 10-10-2013 |
| 10-31-2013 | 11-20-2013 | 01-10-2014 |
| 11-30-2013 | 12-20-2013 | 01-10-2014 |
| 12-31-2013 | 01-20-2014 | 02-05-2014 |
| 01-31-2014 | 02-20-2014 | 03-04-2014 |
| 02-28-2014 | 03-20-2014 | 03-28-2014 |
| 03-31-2014 | 04-20-2014 | 06-06-2014 |
| 04-30-2014 | 05-20-2014 | 06-06-2014 |
| 05-31-2014 | 06-20-2014 | 07-07-2014 |
| 06-30-2014 | 07-20-2014 | 07-25-2014 |
| 07-31-2014 | 08-20-2014 | 10-03-2014 |
| 08-31-2014 | 09-20-2014 | 10-10-2014 |
| 09-30-2014 | 10-20-2014 | 11-12-2014 |
| 10-31-2014 | 11-20-2014 | 01-08-2015 |

| | | |
|---|---|---|
| 11-30-2014 | 12-20-2014 | 01-30-2015 |
| 12-31-2014 | 01-20-2015 | 01-30-2015 |
| 01-31-2015 | 02-20-2015 | 02-27-2015 |
| 02-28-2015 | 03-20-2015 | 05-01-2015 |
| 03-31-2015 | 04-20-2015 | 05-01-2015 |
| 04-30-2015 | 05-20-2015 | 06-30-2015 |
| 05-31-2015 | 06-20-2015 | 07-13-2015 |
| 06-30-2015 | 07-20-2015 | Contributions Not Paid |
| 07-31-2015 | 08-20-2015 | Contributions Not Paid |
| 08-31-2015 | 09-20-2015 | Contributions Not Paid |
| 09-30-2015 | 10-20-2015 | Contributions Not Paid |

15. Defendant R&C Construction's previous thirty-one (31) contribution payments have been delinquent. Under the terms of the Collective Bargaining Agreement and successor Collective Bargaining Agreement Defendant R&C Construction is obligated to pay interest and liquidated damages on all late or unpaid fringe benefit contributions

16. Defendant R&C Construction's contribution payments for June, July, August and September, 2015 work were due July, August, September and October, 2015, respectively. These payments are delinquent and interest and liquidated damages will be assessed once the period of delinquency can be determined. Defendant R&C Construction is obligated to pay interest and liquidated damages on all late or unpaid fringe benefit contributions.

17. Plaintiffs have performed all conditions on their part to be performed. Unless this Court orders Defendant R&C Construction to file its contributions reports for the months of June 2015, July 2015, August 2015 and September 2015 and pay its delinquent contributions for the months of June 2015, July 2015, August 2015 and September 2015 Plaintiffs will be unable to calculate the total amount of interest and liquidated damages that Defendant R&C Constructions owes on its delinquent contributions. Defendant R&C Construction has persistently and willfully failed and refused to timely file reports and pay contributions.

## THIRD CLAIM

18. Plaintiffs re-allege and incorporate all of the allegations of paragraphs 1 through 17, above.

19. At all times material hereto Defendant R&C Construction has been Principal and Defendant Philadelphia Indemnity Insurance Company has been Surety on a bond, Bond No. PB11499800212, wherein the Surety guarantees payment of the aforesaid contributions to Plaintiffs, up to the amount of Ten Thousand Dollars and No Cents ($10,000.00).

20. As the result of the Principal's failure to pay contributions as aforesaid, the Surety, Defendant Philadelphia Indemnity Insurance Company, is obligated on its bond to pay to Plaintiffs up to the sum of $10,000.00.

**WHEREFORE,** Plaintiffs pray for judgment against Defendant R&C Construction for all contributions found to be due and owing at the time of judgment, pre-judgment interest and post-judgment interest at the rate of 20% per annum, and liquidated damages in the amount of 20% of the unpaid contributions (for June, July, August and September, 2015); liquidated damages in the amount of 20% on all delinquent contributions submitted previously for the work months of November 2012 through May 2015, inclusive; interest at the rate of 20% per annum, compounded daily, on all delinquent contributions submitted previously for the work months of November 2012 through May 2015, inclusive; punitive damages; a mandatory injunction ordering Defendant R&C Construction to timely report and pay all future contributions due; and reasonable attorney's fees and costs. Plaintiffs pay for judgment against Defendant Philadelphia Indemnity Insurance Company for all contributions found to be owing, up to Ten Thousand Dollars and No Cents ($10,000.00).pre-judgment and post-judgment interest and costs.

*/s/ Steven D. Stone*
Steven D. Stone (0067130)

The Law Offices of Leonard S. Sigall
6470 East Main Street
Reynoldsburg, OH 43068
Tel.: 614-866-4025
Fax.: 614-866-6055
Email: attysstone@aol.com

Attorney for Plaintiffs